IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shenzhen Dalianpin Technology Trading Co., Ltd.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule "A",<br><br>　　　　Defendants. | Case No. 25-cv-03684<br><br>**Judge Virginia M. Kendall**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

**NOTICE OF DIMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Shenzhen Dalianpin Technology Trading Co., Ltd. ("Plaintiff") hereby dismisses this action as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| 广州市智捷信息科技有限公司<br>（SellerID:A1H7MOWHZD6BV5） | 78 |
| JiangJiangBao<br>（SellerlD：A2FL9TW5D3YT7A） | 87 |
| JiangJiangBao<br>（SellerlD：A2FL9TW5D3YT7A） | 88 |

With this dismissal, all deadlines and motions relating to Defendant 广州市智捷信息科技有限公司 and JiangJiangBao ("Defendant") may be terminated as moot.

1

Dated: July 17, 2025

                                      Respectfully submitted
                                      By: /s/ *Marjorie Ouyang*
                                      One Park Plaza, #600
                                      Irvine, CA 92614
                                      Marjorie.Ouyang@aliothlaw.com
                                      *Attorney for Plaintiff*